**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

**RULE 7.1**

Plaintiffs,

-against-

# 07 CIV. 3468

REALIFE LAND IMPROVEMENT, INC.,

Defendant.

# ROBINSON

--------------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and
magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney
of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates
of that party.

None

Dated:  April 24, 2007

Karin Arrospide, Esq. (KA9319)