## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3468 　　　　　　　　　　　　　　　　　　　　 Purchased/Filed: May 1, 2007

STATE OF NEW YORK 　　 UNITED STATES DISTRICT COURT 　　 SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al 　　　Plaintiff

against

Realife Land Improvement, Inc. 　　　Defendant

---

STATE OF NEW YORK 　　 SS.:
COUNTY OF ALBANY

_Jessica Miller_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _May 11, 2007_, at _2:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_Realife Land Improvement, Inc._, the Defendant in this action, by delivering to and leaving with _Donna Christie_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _38_ 　 Approx. Wt: _145_ 　 Approx. Ht: _5'5"_
Color of skin: _White_ 　 Hair color: _Blonde_ 　 Sex: _F_ 　 Other: _____

Sworn to before me on this

_15th_ day of _May, 2007_

_[signature]_
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4896570, Qualified in Albany County
Commission Expires June 15, 2007

_[signature]_
Jessica Miller

Invoice-Work Order # SP0703985

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179