UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456
PENSION, HEALT & WELFARE ANNUITY,
EDUCATION & TRAINING, S.U.B. INDUSTRY
ADVANCEMENT AND LEGAL SERVICES FUNDS           Docket No. 07CV3468 (SCR)
AND THE WESTCHESTER TEAMSTERS LOCAL
UNION NO. 456,
                    Plaintiffs,               STIPULATION

    -against-

REALIFE LAND IMPROVEMENT, INC.,
                    Defendants
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that defendant's time to answer or otherwise move with respect to the complaint is extended to June 21, 2007; and

    IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this stipulation shall be deemed an original.

Dated: New York, New York
       June 7, 2007

BARNES, IACCARINO, VIRGINIA,            PECKAR & ABRAMSON, P.C.
AMBINDER & SHEPHERD, PLLC               Attorneys for Defendant
Attorneys for Plaintiffs


By: _____           By: _____
    Karin Arrospide (KA-9319)               Sergey Leonidov (SL-4579)

258 Saw Mill River Road                 546 Fifth Avenue, 17th Floor
Elmsford, NY 10523                      New York, NY 10110
(914) 592-1515                          (212) 382-0909

So Ordered:

_____               6/12/07
Hon. Stephen C. Robinson, U.S.D.J.      Date

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: _____