UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRUSTEES OF THE TEAMSTERS LOCAL 456
PENSION, HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, S.U.B. INDUSTRY
ADVANCEMENT AND LEGAL SERVICES FUNDS and      Docket No. 07CV3468 (SCR)
THE WESTCHESTER TEAMSTERS LOCAL UNION NO.
456,
**RULE 7.1 STATEMENT**

                Plaintiffs,

-against-

REALIFE LAND IMPROVEMENT, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Realife Land Improvement, Inc. ("Realife") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. Realife has no parent corporation.
2. No publically held corporation owns 10 percent or more of Realife's stock.

Dated: New York, New York
       June 21, 2007

                              PECKAR & ABRAMSON, P.C.
                              Attorneys for Defendant


                              By: _____/s/Sergey Leonidov_____
                                  Sergey Leonidov (SL-4579)

                              546 Fifth Avenue, 17th Floor
                              New York, NY 10036
                              (212) 382-0909