UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRUSTEES OF THE TEAMSTERS LOCAL 456
PENSION, HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, S.U.B. INDUSTRY
ADVANCEMENT AND LEGAL SERVICES FUNDS and     Docket No. 07CV3468 (SCR)
THE WESTCHESTER TEAMSTERS LOCAL UNION NO.
456,
              **ANSWER**
        Plaintiffs,

 -against-

REALIFE LAND IMPROVEMENT, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  Defendant, by its attorneys Peckar & Abramson, P.C., for its answer to the complaint of plaintiff, states the following, on information and belief.

### As To Jurisdiction And Venue

  1. Denies knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4.

### As To Parties

  2. Denies knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 5 through 9.

  3. No response is required to allegations contained in paragraph 8 as the allegations make conclusions of law.

  4. Denies knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

  5. No response is required to allegations contained in paragraph 10 as the allegations make conclusions of law.

### As To The First Claim For Relief

6. Denies the allegations contained in paragraphs 12 and 13 as they call for an interpretation of a written document and refers the Court to said document.

7. Denies the allegations contained in paragraphs 14 through 17.

8. Denies the allegations contained in paragraph 18 as they call for an interpretation of a written document and refers the Court to said document.

9. Denies the allegations contained in paragraph 19.

### As To The Second Claim For Relief

10. Repeats the above responses to the allegations incorporated in paragraph 20.

11. Refers the Court to the law cited in paragraphs 21 and 23 for a determination of the allegation.

12. Denies the allegations contained in paragraph 22.

13. Denies the allegations contained in paragraphs 24 through 26.

### As To The Third Claim For Relief

14. Repeats the above responses to the allegations incorporated in paragraph 27.

15. Refers the Court to the law and documents cited in paragraph 28 for a determination of the allegation.

16. Denies the allegations contained in paragraphs 29 and 30.

### As To The Fourth Claim For Relief

17. Repeats the above responses to the allegations incorporated in paragraph 31.

18. Denies the allegations contained in paragraphs 32 through 35.

**WHEREFORE**, plaintiffs' complaint should be dismissed in its entirety, with such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 21, 2007

PECKAR & ABRAMSON, P.C.
Attorneys for Defendant

By: _____/s/Sergey Leonidov_____
Sergey Leonidov (SL-4579)

546 Fifth Avenue, 17th Floor
New York, NY 10036
(212) 382-0909

3