

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

546 Fifth Avenue
17th Floor
New York, NY 10036
tel. 212.382.0909
fax 212.382.3456

New Jersey

San Francisco

Los Angeles

Orange County

Miami

Fort Lauderdale

Washington, D.C.

Chicago

London

www.pecklaw.com

a member of the
ICLA International Construction Law Alliance

**MEMO ENDORSED**

*Via Facsimile*

November 27, 2007

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

Re: *Trustees of the Teamsters Local 456 Funds, et al. v. Realife Land Improvement, Inc.*
U.S.D.C. S.D.N.Y. 07CV3468

Dear Judge Robinson:

This firm represents defendant in the above-referenced action.

By this letter we seek Court's permission to withdraw as counsel for defendant. The reason for our firm seeking the withdrawal is because the client is unable to pay the fees for our services.

We also respectfully request an adjournment of all court proceedings in this matter by a period of thirty days to allow defendant sufficient time to retain a new counsel.

Sincerely,
Peckar & Abramson, P.C.

By _____
Sergey Leonidov

C:  Karin Arrospide
    Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
    *Attorney for plaintiffs*

    Realife Land Improvement, Inc.



SO ORDERED

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
12/3/07