UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, S.U.B. INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS and THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

       Plaintiffs,

-against-

REALIFE LAND IMPROVEMENT, INC.,

       Defendant.

Index No. 07CV3468 (SCR)

**NOTICE OF CHANGE OF ADDRESS**

---

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorneys for defendant in this action have moved their offices to 41 Madison Avenue, 20th Floor, New York, New York 10010, (212) 382-0909. All future pleadings, papers and communications in this action should be sent to the firm's new address.

Dated: December 10, 2007
   New York, NY

            PECKAR & ABRAMSON, P.C.

            By: /s/ Sergey Leonidov
            Sergey Leonidov (SL-4579)
            *Attorneys for Defendant*
            41 Madison Avenue, 20th Floor
            New York, NY 10010

TO: BARNES, IACCARINO, VIRGINIA
    Attorneys for Plaintiffs
    258 Saw Mill River Road
    Elmsford, NY 10523
    Attn: Karin Arrospide

LAW OFFICES
Peckar & Abramson
A Professional Corporation

47153

THE CLERK OF THE COURT
500 Pearl Street
New York, NY 10007

LAW OFFICES

**Peckar & Abramson**

A Professional Corporation

47069                                2