# ROY BARNES, P.C.
## ATTORNEYS AT LAW

258 SAW MILL RIVER ROAD
ELMSFORD, NEW YORK 10523

Telephone: (914) 592-1515
Facsimile: (914) 592-3213

Roy Barnes*
Riccardo Iaccarino
Wendell V. Shepherd
Dana L. Henke**
Steven Kern†
Danielle Cerone
Adrienne C. Paule

* Also admitted in PA
** Also admitted in DC
† Also admitted in CT

Long Island Office:
Three Surrey Lane
Hempstead, New York 11550
Telephone: (516) 485-2990
Facsimile: (516) 482-0565

April 7, 2008

**VIA FACSIMILE – (914) 390-4179**
Honorable Justice Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: Trustees of the Teamsters Local 456 et al. vs. Realife Land Improvement, Inc.
Docket No. 07 CIV 3468 (SCR)

Dear Honorable Judge Robinson:

This firm represents Plaintiff Trustees in the above-referenced matter. I write to request the Court's permission to file a motion for entry of default in this lawsuit.

A summons and complaint were filed on May 11, 2007. Through its former counsel, defendant filed an answer to the complaint but subsequently withdrew as counsel of record on November 27, 2007. By Order of this Court, the entire matter was stayed for a 30-day period in order to afford Defendant an opportunity to retain new counsel.

As of this date, we have not been contacted by new counsel and I am unaware of any appearance by substituted counsel.

Accordingly, I request permission to file a motion for default in order to remove this matter from the Court's docket.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: _____
Karin Arrospide, Esq.

**APPLICATION GRANTED**
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TOTAL P.02